FILED

12/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0469

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0469

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHESTER BAUER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 22, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 17 2020